**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. <u>**1:20-cv-02992**</u>

JUDICIAL WATCH, INC.,
et al.,

      Plaintiffs,

v.

JENA GRISWOLD, Colorado Secretary of State,
in her official capacities, et al.,

      Defendants.

## <u>CORPORATE DISCLOSURE STATEMENT</u>

      Pursuant to Fed. R. Civ. P. 7.1(a) and D.C.COLO.LCivR 7.4, Plaintiff Judicial Watch, Inc.

discloses that it is a not-for-profit, public interest organization that has no parent company.  No

publicly held corporation has a 10% or greater ownership interest in Judicial Watch, Inc.

October 6, 2020

                               *s/ Russ Nobile*

                                T. Russell Nobile
                                JUDICIAL WATCH, INC.
                                Post Office Box 6592
                                Gulfport, Mississippi 39506
                                (202) 527-9866
                                Rnobile@judicialwatch.org

                                Robert D. Popper*
                                Eric Lee*
                                JUDICIAL WATCH, INC
                                425 Third Street SW, Suite 800
                                Washington, D.C. 20024
                                (202) 646-5172

Rpopper@judicialwatch.org
Elee@judicialwatch.org

H. Christopher Coates*
LAW OFFICE OF H. CHRISTOPHER COATES
934 Compass Point
Charleston, South Carolina 29412
(843) 609-7080
curriecoates@gmail.com

*Application for admission forthcoming