IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02992-PAB-KLM

JUDICIAL WATCH, INC.,
ELIZABETH MILLER,
LORRI HOVEY, and
MARK SUTFIN,

    Plaintiffs,

v.

JENA GRISWOLD, Colorado Secretary of State, in her official capacity,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion to Set Responsive Pleading Deadline** [#88] (the "Motion"). Discovery was stayed in this case on December 3, 2020, pending resolution of Defendant's Motion to Dismiss [#34], *see Order* [#27], and was later extended on August 26, 2021, pending resolution of Defendant's Motion for Reconsideration [#61], *see Minute Order* [#60]. That motion now having been resolved, *see Order* [#87],

    IT IS HEREBY **ORDERED** that the stay imposed in this case on December 3, 2020, and extended on August 26, 2021, is **LIFTED**.

    IT IS FURTHER **ORDERED** that the Motion [#88] is **GRANTED**. The deadline for Defendant to respond to the operative complaint is extended to **September 22, 2022**.

    Dated: September 21, 2022