IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 20-cv-02992-PAB-KMT**

JUDICIAL WATCH, INC.,
ELIZABETH MILLER,
LORRI HOVEY,
MARK SUTFIN,
AMERICAN CONSTITUTION PARTY OF COLORADO,
LIBERTARIAN PARTY OF COLORADO,

      Plaintiffs,

v.

JENA GRISWOLD, Colorado Secretary of State, in her official capacities,

      Defendant.

## NOTICE OF DISMISSAL AND REQUEST TO RETAIN JURISDICTION

Plaintiffs Judicial Watch, Inc., Elizabeth Miller, Lori Hovey, Mark Sutfin, the American Constitution Party of Colorado, and the Libertarian Party of Colorado, and Defendant Jena Griswold in her official capacity as Colorado Secretary of State (collectively, the "Parties"), hereby give notice that the Parties have approved and signed a settlement agreement in the above-referenced case (attached hereto as Exhibit A).

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties hereby stipulate and agree that this action should be dismissed, without prejudice, with each party bearing its own costs and fees.

As part of this settlement, the Parties have agreed to ask the Court to retain jurisdiction to enforce the terms of the settlement agreement if enforcement should become necessary. (Ex. A, ¶ 6.) Accordingly, the Parties respectfully request that the Court issue the attached order dismissing this action while retaining jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-82 (1994).

Dated: March 30, 2023

*/s T. Russell Nobile*
T. Russell Nobile
Eric W. Lee
Robert D. Popper
Judicial Watch, Inc.
425 Third Street, SW
Suite 800
Washington, D.C. 20024
(202) 646-5172
Emails: rnobile@judicialwatch.org; elee@judicialwatch.org

John S. Zakhem
Jackson Kelly PLLC
1099 18th Street
Suite 2150
Denver, CO 80202
Office: (303) 390-0351
Email: JSZakhem@JacksonKelly.com
*Attorneys for Plaintiffs*


PHILIP J. WEISER
Attorney General

*/s Grant T. Sullivan*
Grant T. Sullivan, Assistant Solicitor General
Peter G. Baumann, Assistant Attorney General
1300 Broadway, Denver, CO 80203
Telephone: (720) 508-6349
Emails: grant.sullivan@coag.gov; peter.baumann@coag.gov
*Attorneys for Defendant Griswold*