# SETTLEMENT AGREEMENT

This Settlement Agreement ("Agreement") is made and entered into between Judicial Watch, Inc., Elizabeth Miller, Lori Hovey, Mark Sutfin, the American Constitution Party of Colorado, and the Libertarian Party of Colorado ("Plaintiffs") and the State of Colorado and the Office of the Colorado Secretary of State ("Defendants") (collectively, the "Parties").

## RECITALS

1.      Plaintiffs filed an action against Defendants in the U.S. District Court for the District of Colorado, captioned *Judicial Watch, Inc., et al. v. Griswold*, et al., No. 20-cv-02992-PAB-KLM (D. Colo.) ("the Lawsuit"), alleging that Defendants are not complying with Section 8 of the National Voter Registration Act of 1993 ("NVRA"), 52 U.S.C. § 20507.

2.      The NVRA was enacted in part "to establish procedures that will increase the number of eligible citizens who register to vote in elections for Federal office," "to make it possible for Federal, State, and local governments to implement [the NVRA] in a manner that enhances the participation of eligible citizens as voters in elections for Federal office," "to protect the integrity of the electoral process," and "to ensure that accurate and current voter registration rolls are maintained." 52 U.S.C. § 20501(b)(1), (4).

3.      Plaintiffs' First Amended Complaint in the Lawsuit, filed October 28, 2022, alleges that Defendants' voter list maintenance practices violated the NVRA as evidenced by excessive voter registration rates in numerous Colorado counties, low numbers of voter registration removals for failing to respond to an address confirmation notice and failing to vote or otherwise appear in two consecutive federal elections, low numbers of address confirmation notices sent to Colorado registrants, and high inactive voter registration rates.

4.      Defendants deny liability and contend that their current policies and practices fully comply with the NVRA. Plaintiffs dispute Defendants' contention and wish to ensure that Defendants' policies and practices operate as intended by Section 8 of the NVRA.

5.      The Parties wish to resolve all of Plaintiffs' claims pending in the Lawsuit by agreeing to the terms and conditions in this Agreement.

## AGREEMENT

In consideration for the terms, conditions, and mutual promises set forth herein, the sufficiency of which is hereby acknowledged, the Parties hereby agree as follows:

6.      Upon execution of this Agreement by the Parties, Plaintiffs shall file in the Lawsuit a Notice of Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii). The Notice shall be accompanied by a request from the Parties that the District Court retain jurisdiction to enforce this Agreement if necessary. The Notice shall state that the dismissal is without prejudice and that each party shall bear their own costs and attorneys' fees.

7.    Beginning April 14, 2023, and by April 1 of each year thereafter, Defendants shall provide to Plaintiff Judicial Watch, Inc. the most recent data described in questions A1, A8, and A9e, including subparts, of the attached "U.S. ELECTION ASSISTANCE COMMISSION (EAC) 2022 Election Administration and Voting Survey (EAVS)," for each Colorado county, and for Colorado as a whole. Defendants' obligations under this paragraph shall automatically terminate on April 2, 2028.

8.    Except for claims to enforce the terms of this Agreement, and in consideration of the mutual promises set forth in this Agreement:

(a) Plaintiffs hereby release and discharge Defendants and each of their predecessors-in-interest, successors-in-interest, political subdivisions, subsidiaries (whether wholly, partially or indirectly owned), co-venturers, affiliates under common ownership, executors, heirs, administrators, parents, officers, managers, shareholders, directors, employees, insurers, attorneys, agents and each of their respective successors and assigns from any and all liabilities, actions, claims, causes of action, suits, debts, dues, sums of money, accounts, reckonings, bills, covenants, contracts, controversies, agreements, obligations, promises, acts, costs, expenses (including but not limited to attorneys' fees), damages, judgments and demands, contingent or vested, in law or equity, Plaintiffs ever had, now have, or may have had under the NVRA, against Defendants, from the beginning of the world through the filing date of Plaintiffs' Notice of Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii).

(b) Defendants hereby release and discharge Plaintiffs and each of their predecessors-in-interest, successors-in-interest, divisions, subsidiaries (whether wholly, partially or indirectly owned), co-venturers, affiliates under common ownership, executors, heirs, administrators, parents, officers, managers, shareholders, directors, employees, insurers, attorneys, agents and each of their respective successors and assigns from any and all liabilities, actions, claims, causes of action, suits, debts, dues, sums of money, accounts, reckonings, bills, covenants, contracts, controversies, agreements, obligations, promises, acts, costs, expenses (including but not limited to reasonable attorneys' fees), damages, judgments and demands, contingent or vested, in law or equity, Defendants ever had, now have, or may have had under the NVRA, against Plaintiffs, from the beginning of the world through the filing date of Plaintiffs' Notice of Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii).

9.    Nothing in this Agreement shall be construed to prevent Plaintiffs from submitting requests for information to the Colorado Department of State as authorized by the NVRA, 52 U.S.C. § 20507(i), or the Colorado Open Records Act, § 24-72-201, *et seq.*, C.R.S.

10.    Each Party shall bear its own attorneys' fees and costs related to the Lawsuit and this Agreement.

11.    Nothing in this Agreement shall be construed as an admission that Defendants are currently, or may have previously been, in violation of Section 8 of the NVRA or any other federal or state laws related to voter registration or list-maintenance; or as an admission that Plaintiffs' claims were invalid or were subject to dismissal for any reason.

12.    This Agreement contains the sole and entire agreement and understanding of the Parties with respect to the entire subject matter hereof, and any and all prior discussions, negotiations, commitments, or understandings related thereto, if any, are hereby merged herein. No supplementation, modification, waiver, or termination of this Agreement shall be binding unless executed in writing by the Party to be bound thereby.

13.    This Agreement and all rights and obligations hereunder, including matters of construction, validity, and performance, shall be governed by and construed in accordance with the laws of the State of Colorado.

14.    The Parties each represent that they have full authority to execute this Agreement on behalf of the Party designated. Each Party has reviewed and understands the legal consequences of this Agreement and executes this Agreement freely, without coercion, or under duress.

15.    This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, all of which shall constitute one document.

**This Agreement is made and is effective as of the last date written below.**

**FOR PLAINTIFFS:**

By: _____
    Designated Signatory for Judicial Watch, Inc.

Printed Name: _Robert Popper_
Date: _3/29/2023_

By: _____
    Designated Signatory for American Constitution Party of Colorado

Printed Name: _____
Date: _____

By: _____
    Designated Signatory for Libertarian Party of Colorado

Printed Name: _____
Date: _____

11.     Nothing in this Agreement shall be construed as an admission that Defendants are currently, or may have previously been, in violation of Section 8 of the NVRA or any other federal or state laws related to voter registration or list-maintenance; or as an admission that Plaintiffs' claims were invalid or were subject to dismissal for any reason.

12.     This Agreement contains the sole and entire agreement and understanding of the Parties with respect to the entire subject matter hereof, and any and all prior discussions, negotiations, commitments, or understandings related thereto, if any, are hereby merged herein. No supplementation, modification, waiver, or termination of this Agreement shall be binding unless executed in writing by the Party to be bound thereby.

13.     This Agreement and all rights and obligations hereunder, including matters of construction, validity, and performance, shall be governed by and construed in accordance with the laws of the State of Colorado.

14.     The Parties each represent that they have full authority to execute this Agreement on behalf of the Party designated. Each Party has reviewed and understands the legal consequences of this Agreement and executes this Agreement freely, without coercion, or under duress.

15.     This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, all of which shall constitute one document.

**This Agreement is made and is effective as of the last date written below.**

**FOR PLAINTIFFS:**

By: _____
    Designated Signatory for Judicial Watch, Inc.

Printed Name: _____
Date: _____

By: _____, CHAIRMAN
    Designated Signatory for American Constitution Party of Colorado

Printed Name: _DOUGLAS ADEN_____
Date: _3/21/23_____

By: _____
    Designated Signatory for Libertarian Party of Colorado

Printed Name: _____
Date: _____

3

11.    Nothing in this Agreement shall be construed as an admission that Defendants are currently, or may have previously been, in violation of Section 8 of the NVRA or any other federal or state laws related to voter registration or list-maintenance; or as an admission that Plaintiffs' claims were invalid or were subject to dismissal for any reason.

12.    This Agreement contains the sole and entire agreement and understanding of the Parties with respect to the entire subject matter hereof, and any and all prior discussions, negotiations, commitments, or understandings related thereto, if any, are hereby merged herein. No supplementation, modification, waiver, or termination of this Agreement shall be binding unless executed in writing by the Party to be bound thereby.

13.    This Agreement and all rights and obligations hereunder, including matters of construction, validity, and performance, shall be governed by and construed in accordance with the laws of the State of Colorado.

14.    The Parties each represent that they have full authority to execute this Agreement on behalf of the Party designated. Each Party has reviewed and understands the legal consequences of this Agreement and executes this Agreement freely, without coercion, or under duress.

15.    This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, all of which shall constitute one document.

**This Agreement is made and is effective as of the last date written below.**

**FOR PLAINTIFFS:**

By: _____

Designated Signatory for Judicial Watch, Inc.

Printed Name: _____
Date: _____


By: _____

Designated Signatory for American Constitution Party of Colorado

Printed Name: _____
Date: _____

By: _____

Designated Signatory for Libertarian Party of Colorado

Printed Name: _Wayne Harlos_
Date: _3-20-23_

3

By: _____ _____
      Robert D. Popper, Counsel for Plaintiffs
      For Elizabeth Miller
Date: _____

By: _____ _____
      Robert D. Popper, Counsel for Plaintiffs
      For Lori Hovey
Date: _____

By: _____ _____
      Robert D. Popper, Counsel for Plaintiffs
      For Mark Sutfin
Date: _____

**FOR DEFENDANTS:**

By: _____ _____
      Christopher P. Beall, Colorado Deputy Secretary of State
Date: _March 29, 2023_____

4

By: _____

    Robert D. Popper, Counsel for Plaintiffs

    For Elizabeth Miller

Date: _____

By: _____

    Robert D. Popper, Counsel for Plaintiffs

    For Lori Hovey

Date: _____

By: _____

    Robert D. Popper, Counsel for Plaintiffs

    For Mark Sutfin

Date: _____

**FOR DEFENDANTS:**

By: _____

    Chris Beall, Colorado Deputy Secretary of State

Date: _____

4

# ATTACHMENT



# U.S. ELECTION ASSISTANCE COMMISSION (EAC)

## 2022 Election Administration and Voting Survey (EAVS)

The ongoing process of improving the United States' election systems relies in part on having accurate data about the way Americans cast their ballots. In 2002, Congress chartered the U.S. Election Assistance Commission (EAC) to collect information on the state of American elections and to make that information widely available to policymakers, advocates, scholars, journalists, and the general public. Since 2004, the EAC has sponsored a biennial survey as its primary tool for fulfilling its information collection mission. We are pleased to present the 2022 Election Administration and Voting Survey (EAVS), and we ask for your help in making it the most complete and accurate survey in its history.

The questions in this survey ask for information about ballots cast, voter registration, overseas and military voting, mail voting, Election Day activities, voting technology, and other important issues.

> The section concerning the Uniformed and Overseas Citizens Absentee Voting Act (UOCAVA) serves as the EAC's standardized format for state reporting of UOCAVA voting information as required by 52 U.S.C. §20302. States that complete and timely submit this section to the EAC will fulfill their UOCAVA reporting requirement under 52 U.S.C. §20302(c).
>
> Additionally, the EAC is mandated by the National Voter Registration Act (NVRA) to collect information from states concerning the impact of that statute on the administration of federal elections. With this information, the EAC is required to make a report to Congress and provide recommendations for the improvement of federal and state procedures, forms, and other NVRA matters. States that respond in a timely manner to all questions in this survey concerning voter registration-related matters will meet their NVRA reporting requirements under 52 U.S.C. §20508 and EAC regulations.

The EAC recognizes the burden that asking for these data places on state and local election officials, and we have worked to minimize that burden as much as possible. In advance, we thank you for your cooperation and look forward to answering any questions you might have.

Information supplied by:

| Name | Title |
|---|---|
| Office/Agency Name | |
| Email Address | |

# Table of Contents

Instructions for Completing the 2022 Election Administration and Voting Survey.................................1

**Section A: Voter Registration** ................................................................................................................2

  Total Registrations: Questions A1 and A2 .................................................................................3

    A1. Total Number of Registered and Eligible Persons, Active and Inactive ...................................3

    A2. Same-Day Voter Registration ..................................................................................................4

  Registration Forms Processed: Questions A3–A7 ............................................................................4

    A3. Total Registration Forms Processed: 2020 to 2022...................................................................5

    A4–A7. Total Registration Forms Processed by Source ..................................................................6

  Confirmation of Registration Notices and Removals: Questions A8 and A9.....................................8

    A8. Total Confirmation of Registration Notices Sent to Voters ......................................................8

    A9. Total Voters Removed From the Registration Rolls: 2020 to 2022...................................... 10

**Section B: Uniformed and Overseas Citizens Absentee Voting Act (UOCAVA)**.................................... 11

  Registered and Eligible UOCAVA Voters: Question B1......................................................... 13

    B1. Total Registered and Eligible UOCAVA Voters................................................................ 13

  FPCAs Received, Accepted, and Rejected: Questions B2–B4 ......................................................... 14

    B2. Federal Post Card Applications Received .............................................................................. 14

    B3. Federal Post Card Applications Rejected............................................................................... 15

    B4. Federal Post Card Applications Rejected Because They Were Received Late...................... 15

  UOCAVA Ballots Transmitted: Questions B5–B8 ........................................................................ 16

    B5–B8. UOCAVA Ballots Transmitted to Voters: Postal Mail, Email, Other .................................. 16

  UOCAVA Ballots Returned: Questions B9–B13.......................................................................... 17

    B9–B12. Transmitted Ballots Returned by Voters: Postal Mail, Email, Other ............................. 17

    B13: Ballots Returned Undeliverable ........................................................................................ 19

  UOCAVA Ballots Counted: Questions B14–B17 ......................................................................... 20

    B14–B17. Transmitted Ballots Counted: Postal Mail, Email, Other ............................................. 20

  UOCAVA Ballots Rejected: Questions B18–B22 ......................................................................... 21

    B18–B22. Total Number of UOCAVA Ballots Rejected and Reasons for Rejection...................... 21

  Federal Write-In Absentee Ballots: Questions B23–B27 ................................................................. 22

    B23–B27. Federal Write-In Absentee Ballots Received, Counted, and Rejected ........................ 22

**Section C: Mail Voting** ........................................................................................................................ 23

  Transmitted Mail Ballots: Questions C1–C2 .................................................................................. 24

    C1. Total Mail Ballots Transmitted.............................................................................................. 24

C2. Ballots Sent to Permanent Mail Voters .................................................................... 25

Mail Ballots Returned by Voters: Questions C3–C9 ................................................... 26

C3–C5. Mail Ballot Drop Boxes .................................................................................. 26

C6. Total Number of Mail Ballots Returned via Drop Boxes ................................. 27

C7. Mail Ballot Curing ................................................................................................ 27

C8. Total Number of Mail Ballots Returned and Counted ................................... 27

C9. Number of Mail Ballots Rejected by Reason They Were Rejected ............... 28

**Section D: In-Person Polling Operations** .................................................................. 29

Precincts and Polling Places: Questions D1–D4 ........................................................ 29

D1. Total Number of Precincts ................................................................................. 29

D2–D4. Number of Physical Polling Places (Election Day and Early Voting)........ 30

Poll Workers: Questions D5–D9 ................................................................................... 31

D5–D6. Election Day and Early Voting Poll Workers............................................. 31

D7. Total Number of Poll Workers and Ages of the Poll Workers ...................... 32

D8. Ease of Recruiting Poll Workers ....................................................................... 32

D9. Number of New Poll Workers ........................................................................... 33

**Section E: Provisional Voting** ....................................................................................... 34

Provisional Ballots Cast: Questions E1–E2 ................................................................. 35

E1. Total Provisional Ballots Submitted and Their Adjudication ....................... 35

E2. Reasons for Casting Provisional Ballots ......................................................... 36

Provisional Ballots Rejected: Question E3 .................................................................. 37

E3. Reasons for Provisional Ballots Rejection ...................................................... 37

**Section F: Voter Participation and Election Technologies** ..................................... 38

Participation in the 2022 General Election: Questions F1–F2................................... 38

F1. Total Participation in the 2022 General Election .......................................... 39

F2. Source of Data for Total Participation in the 2022 General Election............ 40

Poll Books: Questions F3–F4 ......................................................................................... 41

F3–F4. Use of Electronic and Paper Poll Books ................................................... 41

Voting Technologies: Questions F5–F9 ........................................................................ 42

F5–F9. Voting Equipment Used .............................................................................. 42

Location of Vote Tally: Question F10 ........................................................................... 45

F10. Location Where Votes Were Tallied ............................................................... 45

F11. General Comments ............................................................................................ 46

## Instructions for Completing the 2022 Election Administration and Voting Survey

1. This survey collects information on election administration in local election offices that are responsible for the administration of the November 2022 general election. <u>All data should be reported at the local jurisdiction level</u>. However, the state- or territorial-level election office may fill out any or all of the information on behalf of the local election offices under its jurisdiction.

2. <u>Read a section in its entirety</u> before answering any of the questions in that section, paying close attention to terminology definitions and instructions about what data should be included for each question.

3. <u>Do not leave items blank</u>—always provide an answer to the question. If needed, use responses, such as "Data not available" or "Does not apply" (if you do not have the necessary data to provide an answer to a question), or use the "Other" categories for a question (if you have additional data to report that is not covered by one of the existing categories in a question).

4. Please attempt to <u>record data according to the categories as they are defined in the question</u>. If your jurisdiction uses a different data classification scheme (for instance, your jurisdiction collects data in such a way that combines two or more categories listed in a question), then you can use the space for "Other" to provide numbers and details for these categories. If you report information in the "Other" field, please use the comment box to provide an explanation for the answer.

5. <u>Use comment boxes as needed to provide additional context and nuance to the data you report</u>. This includes any explanations about the quality of the data you are providing. These comments will assist the EAC in analyzing and presenting your data accurately. All comments you provide will be made public when the survey data are released, and the information submitted in your comments may be replicated in reports and other research products released by the EAC. Because these comments will be public, they should be written so they are understandable to readers who are not familiar with your state's election policy and practices. Comments should not include any sensitive information or personally identifiable information (PII), and any acronyms in your comments should be explained.

## Section A: Voter Registration

The goal of Section A is to understand the ways in which individuals registered to vote in each jurisdiction between 2020 and 2022 and the efforts made to remove individuals who should no longer be registered.

This section of the EAVS asks for four types of data:

1. How many individuals were registered to vote for the 2022 general election?
2. How many voter registration forms were processed between the close of registration for the 2020 general election and the close of registration for the 2022 general election?
3. How many confirmation of registration notifications did your jurisdiction send to registered voters between the close of registration for the 2020 general election and the close of registration for the 2022 general election?
4. How many registered voters were removed from the voter registration rolls between the close of registration for the 2020 general election and the close of registration for the 2022 general election?

---

The EAC is mandated by the National Voter Registration Act (NVRA) to collect information from states concerning the impact of that statute on the administration of federal elections. With this information, the EAC is required to make a report to Congress and provide recommendations for the improvement of federal and state procedures, forms, and other NVRA matters. States that respond in a timely manner to all questions in this survey concerning voter registration-related matters will meet their NVRA reporting requirements under 52 U.S.C. §20508 and EAC

---

### Answer All Questions

**Please provide an answer to all of the items in Section A.**

- <u>If the question is not applicable to your state or jurisdiction</u>, use the code -88 (negative 88, or "Does not apply") as your response.

  - <u>Example</u>: If your state or jurisdiction does not categorize registered voters as inactive, then enter -88 (negative 88) as the response to question A1c.

- <u>If the question is applicable to your state but your jurisdiction does not have the data necessary to answer the question</u>, use the code -99 (negative 99, or "Data not available") as your response.

  - <u>Example</u>: If your state or jurisdiction has same-day registration (SDR) but does not track the number of SDRs received on Election Day separately from those received before Election Day, then enter -99 (negative 99) as the response to A2b and A2c.

---

[Survey begins on next page]

## Total Registrations: Questions A1 and A2

Questions A1 and A2 ask about individuals who were registered and eligible to vote in the 2022 general election. <u>This includes all individuals who were registered to vote and who were included on the final voter registration rolls for the election</u>. For states with Election Day voter registration, include all individuals who registered to vote through the close of the polls on Election Day.

Please <u>do not</u> include:

- Individuals who registered to vote after the close of registration for the 2022 general election and who were not eligible to vote in the 2022 general election, or
- Persons under the age of 18 who registered under a pre-registration program.

If your jurisdiction's number includes any special groups or situations that we should be aware of, please use the A1 Comments box to explain.

### A1. Total Number of Registered and Eligible Persons, Active and Inactive

<u>For question A1, report the total number of people (not votes or ballots) who were registered and eligible to vote in the November 2022 general election</u>. If your jurisdiction differentiates between active and inactive voters, report the number of active voters in A1b and inactive voters in A1c. If your state does not make this differentiation, report the total number of registered voters again in A1b and enter -88 (negative 88) as the response to A1c. The sum of active voters in A1b and inactive voters in A1c should equal the total number of registered voters reported in A1a.

| Type of Registered Voter | Total |
|---|---|
| A1a. <u>TOTAL number of registered and eligible voters</u>:<br><br>Do not include individuals who registered after the 2022 deadline for registration or individuals under the age of 18 who may have registered under a pre-registration program. | |
| A1b. <u>TOTAL number of active voters</u>:<br><br>Fully eligible voters who had no additional processing requirements to fulfill before voting. | |
| A1c. <u>TOTAL number of inactive voters</u>:<br><br>Voters who were eligible to vote but required address verification under the provisions of the National Voter Registration Act (NVRA). | |
| A1 Comments: | |

## A2. Same-Day Voter Registration

For question A2, report the number of registration forms received from individuals who registered to vote on the same day that they cast a ballot in person—also known as same-day registration (SDR) or Election Day registration (EDR)—for the 2022 general election. This includes jurisdictions in states that have a formal policy allowing for SDR or EDR, jurisdictions whose registration period overlaps with early voting, and jurisdictions that permit SDR or EDR only in special circumstances (e.g., for federal offices only or for individuals who moved between states after a registration deadline in a presidential election year). A period of overlap between the mail balloting period and the close of voter registration should not be considered SDR or EDR for the purposes of this question.

Note that this question is about *registration forms* and <u>not</u> ballots cast or votes. Both new registrations and registration updates that were collected through SDR and EDR should be reported in this question.

If your state's laws allowed any voters to register and then vote on the same day, report the total number of registration forms received on those days that it was possible to both register for and vote in the November 2022 general election on the same day in A2a. For questions A2b and A2c, separate the total number of SDRs reported in A2a into those received on Election Day and those received before Election Day. These amounts should sum to the total provided in A2a. If you are unable to distinguish between these categories or are unable to provide this breakdown, complete A2a and enter -99 (negative 99, or "Data not available") for A2b–A2c. If data are reported in A2b and A2c, the sum of the two items should equal the total number of SDRs reported in A2a.

| Type of Same-Day Registration | Total |
|---|---|
| A2a. <u>TOTAL same-day registrations received</u> | |
| A2b. Same-day registrations received on Election Day | |
| A2c. Same-day registrations received before Election Day (e.g., during early voting) | |
| A2 Comments: | |

## Registration Forms Processed: Questions A3–A7

These questions ask about the number of registration forms processed in your jurisdiction from the close of registration for the November 2020 general election through the close of registration for the November 2022 general election. For example, a state with a voter registration deadline of 15 days before Election Day should include all forms received 14 days before the 2020 Election Day through 15 days before the 2022 Election Day. In states with SDR or Election Day registration, all registrations received after the close of the polls on Election Day in 2020 until the close of the polls on Election Day 2022 should be included in your answers.

### A3. Total Registration Forms Processed: 2020 to 2022

For question A3a, report the total number of forms your jurisdiction received from all sources between the close of registration for the November 2020 general election until the close of registration for the November 2022 general election. Include any forms that were processed, such as duplicates, pre-registrations, or changes to name, political party, or address. If applicable, also include any SDRs or EDRs  and any registrations from special categories of voters who may have had an extended voter registration deadline, such as returning military personnel. Then, divide the total number of forms received (A3a) into the categories listed in A3b through A3g. Use items A3h–A3j for any registration forms that cannot be placed into any of the categories specified in A3b through A3g.

SDRs, EDRs, and special category voter registrations should be included in the appropriate category (e.g., new valid registration or change of name).

| Type of Registration Form Received | Total |
|---|---|
| A3a. TOTAL registration forms received: <br><br> All registration forms received between the close of registration for the November 2020 general election and the close of registration for the November 2022 general election. | |
| A3b. New valid registrations (excluding pre-registrations of persons under the age of 18): <br><br> All successful registrations that were not invalidated or rejected and did not duplicate or modify a previously existing registration in the jurisdiction. | |
| A3c. New pre-registrations of persons under the age of 18: <br><br> All registrations submitted by persons under the age of 18 so that they will be registered when they become of voting age. | |
| A3d. Duplicates of existing valid registrations: <br><br> Voter registration applications submitted by persons already registered to vote at the same address, under the same name and personal information (e.g., date of birth, social security number, driver's license), and with the same political party (where applicable). | |
| A3e. Invalid or rejected registrations (other than duplicates): <br><br> Registrations that did not meet the requirements of eligibility because they were not completed properly, or the individual was excluded from being able to register in a jurisdiction. | |
| A3f. Changes to name, political party, or within-jurisdiction address change: <br><br> Registrations that modified or edited voter information for individuals with current valid registrations. | |
| A3g. Address changes that crossed jurisdiction border: <br><br> Registrations that modified or edited the address of persons with current valid registrations, for which the address change placed them in a different jurisdiction (such as a different county) from their current registration. | |

| Type of Registration Form Received | Total |
|---|---|
| A3h. Other: _____ | |
| A3i. Other: _____ | |
| A3j. Other: _____ | |
| A3 Comments: | |

### A4–A7. Total Registration Forms Processed by Source

For question A4, divide the total number of voter registration forms reported in question A3a into the listed sources through which the form was received. Then, for each source, divide the forms into the categories of new registrations (A5), duplicates of an existing registration (A6), and invalid or rejected registrations (A7).

Questions A6 and A7 are mutually exclusive—duplicate registrations included in A6 should not be included as invalid or rejected registrations in A7 and vice versa.

For subitems a–l, it is important to focus on the mode used to submit the registration application. These modes are intended to be mutually exclusive. For example, if the voter submits a registration form online using the state's online voter registration portal, this is an online voter registration and the total number received from this mode should be entered in A4c. This would be considered an online voter registration even if the voter accessed the online voter registration system at a state public assistance office or at the office of an agency that primarily serves individuals with disabilities. In addition, it does not matter which agency hosts the voter registration system. For example, if your state motor vehicle office hosts the online voter registration system, then an application through the system is still considered an online voter registration application, not an application from the motor vehicle office.

For A4c—A7c (registrations submitted online), only include registration forms that were completed and submitted through a web-based online voter registration system. A form that was filled out online but submitted via email or printed and submitted via mail should be included under A4a, A5a, A6a, or A7a, "Individual voters submitting applications by mail, fax, or email."

SDRs should be categorized according to the mode used to submit the registration application. For example, if a voter submits an SDR form at an election/registrar's office, it would be considered an individual voter registering in person at the election/registrar's office and should be entered in A4b. If a voter submits an SDR form at a polling place, it would be considered a separate category and should be entered under "Other" in either A4j, A4k, or A4l.

[See next page]

A4a through A4l: Divide the total number of all registration forms received (as reported in A3a) into the following sources.
A5a through A5l: Divide the total number of new registration forms received (as reported in A3b) into the following sources.
A6a through A6l: Divide the total number of duplicate registration forms received (as reported in A3d) into the following sources.
A7a through A7l: Divide the total number of invalid or rejected registration forms (as reported in A3e) received into the following sources.

| | A4. Total forms received | A5. New registrations | A6. Duplicates of existing registrations | A7. Invalid or rejected registrations |
|---|---|---|---|---|
| TOTAL | A3a | A3b | A3d | A3e |
| a.  Individual voters who submitted applications by mail, fax, or email | | | | |
| b.  Individual voters who registered in person at the election/registrar's office | | | | |
| c.  Individual voters who submitted their forms via a web-based online registration system | | | | |
| d.  Motor vehicles offices or other offices that issue driver's licenses (this would include automatic registration) | | | | |
| e.  Public assistance offices mandated as registration sites under NVRA | | | | |
| f.  State-funded agencies primarily serving persons with disabilities | | | | |
| g.  Armed forces recruitment offices | | | | |
| h.  Other agencies designated by the state not mandated by NVRA | | | | |
| i.  Registration drives from advocacy groups or political parties | | | | |
| j.  Other: _____ | | | | |
| k.  Other: _____ | | | | |
| l.  Other: _____ | | | | |
| A4–A7 Comments: | | | | |

## Confirmation of Registration Notices and Removals: Questions A8 and A9

These questions ask about the total number of confirmation notices sent to voters. A confirmation notice is defined as a notice mailed to a voter who may no longer be eligible to vote in the jurisdiction in which they are currently registered. Many states send these notices under the NVRA Section 8 (d) (1) (B) and Section 8 (d) (2); other states may send these notices for other reasons. Although NVRA distinguishes between "confirmation notices" and "removal notices," some jurisdictions refer to "confirmation notices" as "removal notices" or something else. All confirmation notices sent to voters should be reported in this section, regardless of whether they were sent specifically to comply with NVRA. If your state sends confirmation notices for non-NVRA reasons, describe them in the A8 Comments box.

### A8. Total Confirmation of Registration Notices Sent to Voters

For question A8a, report the total number of confirmation notices sent to voters in the period between the close of registration for the November 2020 general election and the close of registration for the November 2022 general election. Examples of situations in which confirmation notices may be sent include an indication that the registrant no longer resides in the registrar's jurisdiction, or the voter has not voted or appeared to vote in a federal election during the period.

Next, for questions A8b–A8e, divide the total number of confirmation notices mailed (as reported in A8a) into the listed categories. Use items A8f–A8h for notices that cannot be placed into any of the categories specified in A8b–A8e. The amounts in A8b–A8h should sum to the total provided in A8a.

[Survey continues on next page]

| Type of Confirmation Notice | Total |
|---|---|
| A8a. <u>TOTAL number of confirmation notices sent to registered voters</u>:<br><br>The total number of registration confirmation notices sent to voters during the time period between the close of registration for the November 2020 general election through the close of registration for the November 2022 general election. | |
| A8b. <u>Notices received back from voter confirming registration</u>:<br><br>The total number of notices returned that confirmed an individual was still eligible to vote in the jurisdiction. | |
| A8c. <u>Notices received back from voter confirming registration should be invalidated</u>:<br><br>The total number of notices returned that confirmed an individual was no longer eligible to vote in the jurisdiction or no longer wanted to be registered to vote. | |
| A8d. <u>Notices returned as undeliverable</u>:<br><br>The total number of notices returned to the election office because the U.S. Postal Service (USPS) could not deliver the notice to the voter. | |
| A8e. <u>Unreturned confirmation notices (neither received back from voters nor returned as undeliverable)</u>:<br><br>Any notice that was sent to a voter but was not received back confirming registration (A8b), confirming invalidation (A8c), or returned as undeliverable (A8d). | |
| A8f. <u>Other</u>: _____ | |
| A8g. <u>Other</u>: _____ | |
| A8h. <u>Other</u>: _____ | |
| A8 Comments: | |

[Survey continues on next page]

## A9. Total Voters Removed From the Registration Rolls: 2020 to 2022

For question A9a, report the total number of voters removed from the voter registration rolls in your jurisdiction in the period between the close of registration for the November 2020 general election and the close of registration for the November 2022 general election. Note that this question asks for those removed from the list of registered voters, not those moved to an "inactive" registration status.

Next, for questions A9b–A9g, divide the total number of voters removed from the voter registration rolls (as reported in A9a) into the listed categories. Use items A9h–A9j for removals that cannot be placed into any of the categories specified in A9b–A9g. The amounts in A9b–A9j should sum to the total provided in A9a.

| Reason for Removal | Total |
|---|---|
| A9a. <u>TOTAL number of voters removed from the voter registration rolls</u>: Include only individuals who were completely removed from the list of registered voters, not records that were moved to an inactive list. | |
| A9b. Moved outside of jurisdiction | |
| A9c. Death | |
| A9d. Disqualifying felony conviction | |
| A9e. Failure to respond to confirmation notice sent and failure to vote in the two most recent federal elections | |
| A9f. Voter declared mentally incompetent | |
| A9g. Voter requested to be removed for reasons other than those listed above | |
| A9h. Other: _____ | |
| A9i. Other: _____ | |
| A9j. Other: _____ | |
| A9 Comments: | |

[Survey continues on next page]

## Section B: Uniformed and Overseas Citizens Absentee Voting Act (UOCAVA)

The goal of Section B is to understand the voters covered under the Uniformed and Overseas Citizens Absentee Voting Act (UOCAVA) in your jurisdiction. The questions in this section of the survey reflect the need to fully understand the UOCAVA voting process, which serves an important population segment of the American electorate. This section of the EAVS asks for five types of data:

1. How many individuals were registered and eligible to vote in 2022 as a UOCAVA voter?
2. How many Federal Post Card Applications (FPCA) were received by the election office, how many were accepted, and how many were rejected?
3. How many ballots were transmitted to and returned by UOCAVA voters?
4. How many ballots returned by UOCAVA voters were counted and how many were rejected?
5. How many Federal Write-In Absentee Ballots (FWAB) were received and how many were rejected or accepted?

### Types of UOCAVA Voters

UOCAVA serves several populations of U.S. citizens. Below are the UOCAVA voter categories that are listed on the FPCA and how they correspond to the voter-type categories that are in this section of the survey:

| | |
|---|---|
| Uniformed Services voters—domestic or foreign | I am a member of the Uniformed Services or Merchant Marine on active duty.<br><br>**OR**<br><br>I am an eligible spouse or dependent of a member of the Uniformed Services. |
| Non-military/civilian overseas voter | I am a U.S. citizen residing outside of the United States, and I intend to return.<br><br>I am a U.S. citizen residing outside of the United States, and my return is not certain.<br><br>I am a U.S. citizen and have never resided in the United States. |

It is very important to remember that the spouse or dependents of a Uniformed Services member or member of the Merchant Marine is also considered a Uniformed Services voter under UOCAVA. Military spouses and dependents should be categorized as Uniformed Services voters, *not* as civilian overseas voters or "Other."

There is a federal definition of UOCAVA, and an individual who registers and requests an absentee ballot using an FPCA is covered by UOCAVA. However, your state may cover additional individuals under UOCAVA; for example, a National Guard member activated on state orders is often considered a UOCAVA voter under state law. Your state may also allow people to request UOCAVA status using a state form or another mechanism. For most of Section B, use your state's definition of UOCAVA to

answer the questions. For the questions that specifically ask about FPCAs, only report data on those voters covered by UOCAVA who submitted an FPCA.

---

For 2022, Section B includes the Federal Voting Assistance Program (FVAP) Post-Election Voting Survey of Local Election Officials. In 2014, the EAC incorporated these questions for states that report UOCAVA voting information as required by 42 U.S.C. §1973ff-1. States that complete and timely submit this section to the EAC will fulfill their UOCAVA reporting requirement under 42 U.S.C §1973ff-1(c).

Pursuant to UOCAVA, this section collects various data elements needed to determine (1) the combined number of absentee ballots transmitted to UOCAVA voters; (2) the combined number of ballots returned by UOCAVA voters; and (3) the combined number of returned ballots cast by UOCAVA voters (the number of cast ballots is practically determined by collecting data concerning the total votes counted and rejected).

---

### Types of UOCAVA Absentee Ballots

Section B asks about two types of absentee ballots:

<u>Transmitted ballots</u>: These are ballots that your office sent to voters, including ballots sent via postal mail, email, fax, or other modes.

<u>Federal Write-In Absentee Ballots (FWAB)</u>: These are ballots that originated from UOCAVA voters who did not receive their requested or transmitted absentee ballots in time. On the FWAB, the voter lists each office and the name or the candidate or party for whom the voter is casting a vote. FWABs should not be reported with transmitted UOCAVA absentee ballots; they are instead reported in questions B23–B27. If your state or jurisdiction cannot separate FWABs from regular UOCAVA ballots, this should be noted in the comment boxes for questions B5–B22.

---

#### Answer All Questions

**<u>Please provide an answer to all of the items in Section B</u>.**

- <u>If the question is not applicable to your state or jurisdiction</u>, use the code -88 (negative 88, or "Does not apply") as your response.
  - <u>Example:</u> If your state does not transmit UOCAVA absentee ballots by email, then enter -88 as the response to questions B7a–B7c.

- <u>If the question is applicable to your state but your jurisdiction does not have the data necessary to answer the question</u>, use the code -99 (negative 99, or "Data not available") as your response.
  - <u>Example:</u> If your state rejects UOCAVA ballots that do not have a postmark but does not track data on the number of ballots that were rejected for that reason, then enter -99 as the response to questions B21a–B21c.

---

## Registered and Eligible UOCAVA Voters: Question B1

This question asks about the number of registered voters covered under UOCAVA for the 2022 general election.

States may differ in how they grant UOCAVA status to voters, so please apply the guidelines your state follows.

- For some states, this may be the total number of voters who registered and requested a ballot using an FPCA for the November 2022 general election.
- For other states, this number might also include voters who did not register using an FPCA but identified themselves as a UOCAVA voter at some point during the voting process, such as on a state voter registration form or by having a non-U.S. mailing address.

In states where a person's FPCA remains valid across elections without requiring a new FPCA or other notification to be provided, include all UOCAVA voters who returned an FPCA in 2022 or who continued to have UOCAVA status from a previous request.

### B1. Total Registered and Eligible UOCAVA Voters

For question B1a, report the total number of registered and eligible voters in your jurisdiction who were covered by UOCAVA in the November 2022 general election.

For questions B1b and B1c, separate the number of registered and eligible voters reported in B1a into the categories of Uniformed Services voters and non-military/civilian overseas voters. These amounts should sum to the total provided in B1a. If you are unable to distinguish between different UOCAVA voter types, complete B1a and enter -99 (negative 99, or "Data not available") for B1b–B1c.

Provide any comments about the nuances of how your jurisdiction categorizes registered UOCAVA voters in the B1 Comments box.

| Category of UOCAVA Voters | Total |
|---|---|
| B1a. TOTAL registered and eligible UOCAVA voters:<br><br>Report the total number of registered and eligible voters covered under UOCAVA for the November 2022 general election. Include active and inactive voters and any persons who might have registered as UOCAVA before or on Election Day.<br><br>If the total number of registered and eligible voters who were covered by UOCAVA in the November 2022 general election in your jurisdiction is zero, report "0" for B1a. | |
| B1b. Total registered and eligible Uniformed Services voters (members of the Uniformed Services and their eligible dependents)—domestic or foreign | |
| B1c. Total registered and eligible non-military/civilian overseas voters | |
| B1 Comments: | |

## FPCAs Received, Accepted, and Rejected: Questions B2–B4

These questions ask about Federal Post Card Applications (FPCA), which are federal forms that states are required to process for voters covered by UOCAVA. For this question, focus on the total number of UOCAVA-registered voters provided in B1a and identify how many voters used an FPCA to register and request an absentee ballot.

### B2. Federal Post Card Applications Received

For B2a, report the total number of FPCAs received from UOCAVA voters for the November 2022 general election.

Next, for questions B2a–B2c, separate the total number of FPCAs received from UOCAVA voters into the categories of Uniformed Services voters and non-military/civilian voters. These amounts should sum to the total provided in B2a.

| FPCAs Received From UOCAVA Voters | Total |
|---|---|
| B2a. TOTAL Federal Post Card Applications (FPCA) from UOCAVA voters:<br><br>Include any ballot request for the November 2022 general election that originated from an FPCA, regardless of the year of submission. Only include FPCA requests; do not include absentee ballot requests that originated from a state absentee voter registration form or other source. | |
| B2b. TOTAL FPCA from Uniformed Services voters (members of the Uniformed Services and their eligible dependents)—domestic or foreign | |
| B2c. TOTAL FPCA from non-military/civilian overseas voters | |
| B2 Comments: | |

[Survey continues on next page]

### B3. Federal Post Card Applications Rejected

For question B3a, report the total number of FPCAs rejected from UOCAVA voters. Rejected FPCAs should include any forms that did not meet full eligibility requirements for triggering the transmission of a blank UOCAVA ballot. Reasons for rejection might include missing information, lack of a signature, a missed deadline, or overall ineligibility.

For questions B3b–B3c, divide the total number of FPCAs rejected into the categories of Uniformed Services voters and non-military/civilian voters. These amounts should sum to the total provided in B3a.

| FPCAs rejected | Total |
|---|---|
| B3a. <u>TOTAL rejected Federal Post Card Applications (FPCA) from all UOCAVA voters</u>: <br><br> Include any rejected FPCA for the November 2022 general election, regardless of the year of submission. Only include FPCA requests; do not include absentee ballot requests that originated from a state absentee voter registration form or other source. | |
| B3b. <u>Rejected FPCAs received from Uniformed Services voters (members of the Uniformed Services and their eligible dependents)—domestic or foreign</u> | |
| B3c. <u>Rejected FPCAs received from non-military/civilian overseas voters</u> | |
| B3 Comments: | |

### B4. Federal Post Card Applications Rejected Because They Were Received Late

For question B4, report how many of the FPCAs rejected for the 2022 general election (as reported in B3a) were rejected because they were received late. FPCAs might be considered late if they were received back after the deadline or if they failed to meet the deadline for receiving any ballot for the 2022 general election. Here, "deadline" refers to the last day a UOCAVA voter could request to receive an absentee ballot using an FPCA.

| Reason for FPCA Rejection | Total |
|---|---|
| B4a. <u>TOTAL FPCAs rejected because they were received late:</u> <br><br> Of the total number of FPCAs that were rejected (as reported in B3a), how many were rejected because the election office received them after the absentee ballot request deadline?" | |
| B4 Comments: | |

## UOCAVA Ballots Transmitted: Questions B5–B8

A transmitted ballot is any blank ballot that your office sent to a UOCAVA voter, including ballots sent to voters via postal mail, email, fax, or other modes. *Do not include FWABs or other ballots not transmitted from the election office to the voter.*

### B5–B8. UOCAVA Ballots Transmitted to Voters: Postal Mail, Email, Other

For B5a, report the total number of blank absentee ballots transmitted (sent by your office) to UOCAVA voters for the November 2022 general election, and then divide the total number of transmitted UOCAVA ballots that were reported in B5a into Uniformed Services (B5b) and non-military/civilian overseas voters (B5c). All transmitted UOCAVA ballots, including duplicate transmissions, should be reported in these questions. If the total number of UOCAVA ballots transmitted is zero, report "0" for B5a and skip to question B23. *FWABs should not be included in these questions; you will report data on FWABs starting with question B23.*

For questions B6, B7, and B8, report how many blank UOCAVA absentee ballots your jurisdiction *transmitted* to UOCAVA voters via postal mail (B6), email (B7), and other modes, such as fax or online ballot delivery portals (B8). These questions refer to the way ballots were *sent* to voters, not the way ballots were *requested* or *returned*. The amounts reported in B6a, B7a, and B8a should sum to what was reported in B5a (this also applies to the b and c subitems in these questions). In addition, the amounts reported in B5b and B5c should sum to what was reported in B5a (this also applies to questions B6–B8).

| | | Type of UOCAVA Voter | |
|---|---|---|---|
| | a. Total | b. Uniformed Services voters (members of the Uniformed Services and their eligible dependents)—domestic or foreign | c. Non-military/civilian overseas voters |
| B5. <u>TOTAL absentee ballots transmitted to UOCAVA voters:</u><br>*Do not include FWABs in this number.* | | | |
| B6. <u>Postal mail</u>:<br>Report the total number of absentee ballots transmitted by postal mail, using USPS or any private courier shipping services (e.g., FedEx, UPS, DHL). | | | |
| B7. <u>Email</u>:<br>Report the total number of absentee ballots transmitted via email attachment from your office to voters. | | | |

| | Type of UOCAVA Voter | | |
|---|---|---|---|
| | a. Total | b. Uniformed Services voters (members of the Uniformed Services and their eligible dependents)—domestic or foreign | c. Non-military/civilian overseas voters |
| B8. <u>Other mode</u>: Report the total number of absentee ballots transmitted by other methods such as fax or online ballot delivery portals. | | | |
| B5–B8 Comments: | | | |

## UOCAVA Ballots Returned: Questions B9–B13

### B9–B12. Transmitted Ballots Returned by Voters: Postal Mail, Email, Other

For these questions, report how many UOCAVA absentee ballots were returned for the November 2022 general election. For question B9, please report the total number of ballots that were returned by voters for the 2022 general election out of all UOCAVA ballots transmitted to voters (as reported in B5a). *FWABs should not be included in these questions; you will report data on FWABs starting with question B23.*

Returned ballots include all ballots returned by the voter to the election office, regardless of whether or not those ballots were ultimately counted. Duplicate ballot returns should be included in these questions; if your state cannot track duplicate ballot returns, please note this in B9–B12 Comments.

Next, for questions B10–B12, divide the total number of UOCAVA absentee ballots received by the election office (as reported in B9) into the categories of types of voters and modes of transmission. These amounts should sum to the total provided in B9.

[Survey continues on next page]

| | Type of UOCAVA Voter | | |
|---|---|---|---|
| | a. Total | b. Uniformed Services voters (members of the Uniformed Services and their eligible dependents)—domestic or foreign | c. Non-military/civilian overseas voters |
| B9. <u>TOTAL absentee ballots returned</u>:<br><br>Of all the UOCAVA ballots transmitted to voters as reported in B5a, report the total number of ballots that were returned by voters to your office for the 2022 general election. *Do not include FWABs in this number.* | | | |
| B10. <u>Postal mail</u>:<br><br>Of all the UOCAVA ballots returned (B9a), report the total number of ballots that were returned by postal mail. This includes all ballots that your office received via the USPS or private courier shipping services (e.g., FedEx, UPS, DHL). | | | |
| B11. <u>Email</u>:<br><br>Of all the UOCAVA ballots returned (B9a), report the total number that were returned by email. This includes all ballots that you received via email attachment from a voter. | | | |
| B12. <u>Other mode</u>:<br><br>Of all the UOCAVA ballots returned (B9a), report the total number that were returned through other methods. This includes ballots received through all other modes, such as fax or online systems. | | | |
| B9–B12 Comments: | | | |

## B13: Ballots Returned Undeliverable

For question B13, please report the total number of blank ballots transmitted to voters (as reported in B5a) that were returned as undeliverable, in total and by mode of transmission. This includes ballots returned by postal mail as undeliverable (B13b), ballots for which the email to the voter bounced back and could not be used (B13c), and ballots that were undeliverable by other modes, such as a bad fax number (B13d).

| | Mode of Transmission | | | |
|---|---|---|---|---|
| | a. Total | b. Postal mail undeliverable | c. Email undeliverable | d. Other mode undeliverable |
| B13. <u>TOTAL ballots returned undeliverable</u>:<br><br>Ballots that were returned, regardless of the mode by which they were transmitted, and could not be delivered to the voter. | | | | |
| B13 Comments: | | | | |

[Survey continues on next page]

## UOCAVA Ballots Counted: Questions B14–B17

### B14–B17. Transmitted Ballots Counted: Postal Mail, Email, Other

For these questions, report how many returned UOCAVA absentee ballots were counted for the November 2022 general election. For question B14, out of all the UOCAVA ballots returned by voters (as reported in B9a), report the total number of ballots that were counted by your office for the 2022 general election. *FWABs should not be included in these questions; you will report data on FWABs starting with question B23.*

Next, for questions B15–B17, divide the total number of UOCAVA absentee ballots counted (as reported in B14a) into the categories of types of voters and modes of transmission.

| | Type of UOCAVA Voter | | |
|---|---|---|---|
| | a. Total | b. Uniformed Services voters (members of the Uniformed Services and their eligible dependents)—domestic or foreign | c. Non-military/civilian overseas voters |
| B14. TOTAL:<br><br>Of all the UOCAVA ballots returned by voters as reported in B9a, report the total number of ballots that were counted by your office for the 2022 general election. *Do not include FWABs in this number.* | | | |
| B15. Postal mail:<br><br>Report the total number of UOCAVA ballots returned by postal mail that were counted by your office for the 2022 general election. This includes all ballots that your office received via the USPS or private courier shipping services (e.g., FedEx, UPS, BHL). | | | |
| B16. Email:<br><br>Report the total number of UOCAVA ballots returned by email that were counted by your office for the 2022 general election. This includes all ballots that you received via email attachment from a voter. | | | |
| B17. Other mode:<br><br>Report the total number of UOCAVA ballots returned through other methods that were counted by your office for the 2022 general election. This includes ballots received through all other modes, such as, fax or online systems. | | | |
| B14–B17 Comments: | | | |

## UOCAVA Ballots Rejected: Questions B18–B22

### B18–B22. Total Number of UOCAVA Ballots Rejected and Reasons for Rejection

For questions B18a–B18c, report the total number of transmitted UOCAVA ballots that were returned by voters and were rejected. *FWABs should not be included in these questions; you will report data on FWABs starting with question B23.*

For questions B19–B22, divide the total number of rejections by the reason the ballot was rejected and the type of voter. For example, for question B20, report the total number of ballots that were rejected because of a signature problem (B20a) and then divide that total by ballots returned by Uniformed Services voters (B20b) and by non-military/civilian overseas voters (B20c).

| | Type of UOCAVA Voter | | |
|---|---|---|---|
| | a. Total | b. Uniformed Services voters (members of the Uniformed Services and their eligible dependents)—domestic or foreign | c. Non-military/civilian overseas voters |
| B18. <u>TOTAL ballots rejected</u>: <br><br> Rejected ballots include any ballot that was not counted, regardless of the reason why the ballot was rejected. *Do not include FWABs in this number.* | | | |
| B19. <u>Ballots not received on time/missed deadline</u>: <br><br> Ballots that were not counted because they were received after the deadline for a ballot to be received for counting. | | | |
| B20. <u>Problem with voter signature</u>: <br><br> Ballots that were not counted because of an issue relating to the voter signature, including but not limited to a missing signature or a returned ballot signature that did not match the signature on file. | | | |
| B21. <u>Ballots lacking a postmark</u>: <br><br> Ballots that were not counted because they lacked the postmark required by your state or jurisdiction, despite being received before the deadline for being included for counting. Report -88 ("Does not apply") if your state does not reject UOCAVA ballots for lacking a postmark. | | | |
| B22. <u>Other</u>: _____ | | | |
| **B18–B22 Comments:** | | | |

## Federal Write-In Absentee Ballots: Questions B23–B27

### B23–B27. Federal Write-In Absentee Ballots Received, Counted, and Rejected

For questions B23–B27, report the total number of Federal Write-In Absentee Ballots (FWAB) received, counted, and rejected from UOCAVA voters for the following types of UOCAVA voters.

| | Type of UOCAVA Voter | | |
|---|---|---|---|
| | a. TOTAL number of FWABs | b. Uniformed Services voters (members of the Uniformed Services and their eligible dependents)—domestic or foreign | c. Non-military/civilian overseas voters |
| B23. TOTAL number of FWABs returned by UOCAVA voters | | | |
| B24. TOTAL number of FWABs counted | | | |
| B25. Total number of FWABs rejected because they were received after the ballot receipt deadline: <br><br> Of the total number of FWABs received and rejected, report the number of FWABs that were rejected or not counted because they were received after the state's deadline for receiving and accepting FWABs. | | | |
| B26. Total number of FWABs rejected because the voter's regular absentee ballot was received and counted: <br><br> Of the total number of FWABs received and rejected, report the number of FWABs that were rejected or not counted because the voter also returned an absentee ballot that you had transmitted to the voter. | | | |
| B27. Total number of FWABs rejected for other reasons (please describe): _____ | | | |
| B23–B27 Comments: | | | |

# Section C: Mail Voting

Section C asks about mail voting, in which a ballot is mailed to a voter (or, in some cases, issued over the counter at an election office or made available to the voter via a web portal or by fax) and the voter marks the ballot and returns it by mail, in a drop box, or in person at a polling place or election office. For purposes of the EAVS, "mail voting" is synonymous with "absentee voting." The EAVS no longer uses the term "absentee voting" in recognition of the fact that a majority of states no longer require a voter to be absent from their voting location in order to cast a ballot by mail.

This section of the EAVS asks for six types of data:

1. How many mail ballots were transmitted to voters in the 2022 general election?
2. How many mail ballots were transmitted to permanent mail voters in the 2022 general election?
3. How many mail-ballot drop boxes were used in the 2022 general election, and how many mail ballots were returned via these drop boxes?
4. How many mail ballots were successfully cured by voters for the 2022 general election?
5. How many mail ballots were accepted and how many mail ballots were rejected in the 2022 general election?
6. For what reasons were mail ballots rejected in the 2022 general election?

When reporting data on mail voting, underline include duplicate ballot transmissions (such as when a voter misplaces their mail ballot and requests a replacement) and duplicate ballot returns (such as when a voter submits multiple mail ballots, even though only one ballot is ultimately counted). If your state cannot track duplicate ballot transmissions or returns, note that information in the survey comments.

---

When responding to questions in Section C, do not include any individuals who voted using any form of in-person voting, including in-person absentee voting. For the purpose of the EAVS, in-person absentee voters are considered early voters. In addition, do not include any individuals who voted using a UOCAVA absentee ballot or FWAB. Information on these voters is reported in Section B.

---

**Answer All Questions**

**Please provide an answer to all of the items in Section C.**

- If the question is not applicable to your state or jurisdiction, use the code -88 (negative 88, or "Does not apply") as your response.

  - Example: If your state does not have permanent mail voters, then enter -88 as the response to question C2a.

- If the question is applicable to your state but your jurisdiction does not have the data necessary to answer the question, use the code -99 (negative 99, or "Data not available") as your response.

  - Example: If your state rejects mail ballots for not having a witness signature but does not track data on the number of mail ballots that were rejected for that reason, then enter -99 as the response to question C9d.

---

## Transmitted Mail Ballots: Questions C1–C2

Transmitted mail ballots are mail ballots that your office sent to voters, including ballots sent to voters via postal mail, email, fax, or other modes. Do not include ballots mailed to UOCAVA voters.

### C1. Total Mail Ballots Transmitted

For question C1, report the total number of mail ballots transmitted to voters for the November 2022 general election. Include all mail ballots transmitted for this election, including duplicate transmissions. Next, divide the total number of mail ballots transmitted to voters (as reported in C1a) into the categories listed in C1b through C1f. Use C1g–C1i for any mail ballots that do not fit into the categories listed. The numbers entered in C1b through C1i should sum to the total provided in C1a.

| Category of Mail Ballots | Total |
|---|---|
| C1a. TOTAL mail ballots transmitted: <br><br> This number should include all mail ballots transmitted for the 2022 general election, including spoiled or replaced ballots or duplicate transmissions. *Do not include individuals who cast UOCAVA absentee ballots or individuals who used any form of in-person voting.* | |
| C1b. Returned by voters: <br><br> Include ballots both counted and rejected and mail ballots that went through the curing process (if applicable in your state). | |
| C1c. Returned as undeliverable: <br><br> Report the total number of transmitted ballots returned to your office as undeliverable. | |
| C1d. Surrendered, spoiled, or replaced ballots (also referred to as "voided" ballots): <br><br> Include mail ballots that voters surrendered at a polling place in order to vote in person, mail ballots that were incorrectly marked or impaired in some way, and mail ballots that were replaced with another ballot. | |
| C1e. Mail voters who voted in person with a provisional ballot: <br><br> Include mail ballots from voters who attempted to vote in person but did not have their mail ballot to surrender at the polls and who were given a provisional ballot. <br><br> If your state cannot distinguish these ballots from spoiled mail ballots in C1d, please note this in the C1 Comments box. | |
| C1f. Unreturned mail ballots (neither returned undeliverable, nor returned from the voter, nor replaced by another ballot): <br><br> Report the number of transmitted mail ballots that were not returned by voters or were not spoiled, returned undeliverable, or surrendered so the voter could vote in person. | |

| Category of Mail Ballots | Total |
|---|---|
| C1g. Other: _____ | |
| C1h. Other: _____ | |
| C1i. Other: _____ | |
| **C1 Comments:** | |

## C2. Ballots Sent to Permanent Mail Voters

For question C2a, report the total number of ballots that were transmitted to permanent mail voters in your jurisdiction.

For purposes of this question, permanent mail voters are defined as voters who have applied to be automatically sent a mail ballot for all elections. This should not include ballots transmitted by jurisdictions that conduct elections entirely by mail.

> This question applies if *any* voters in your jurisdiction can request to be a permanent mail voter. For example, in some states, if a voter is permanently ill or disabled, they can file an application indicating permanent illness or physical disability and receive a mail ballot for all subsequent elections without filing any additional mail ballot applications. In other states, any voter can apply for permanent mail voter status.

If your state does not allow any voters to have permanent mail voting status, answer -88 ("Does not apply") to question C2a and move to question C3.

| | Total |
|---|---|
| C2a. TOTAL number of mail ballots transmitted to voters on a permanent mail ballot voter registration list | |
| **C2 Comments:** | |

[Survey continues on next page]

## Mail Ballots Returned by Voters: Questions C3–C9

### C3–C5. Mail Ballot Drop Boxes

For question C3a, report the total number of drop boxes your jurisdiction used for the 2022 general election. In this question, each drop box should only be counted once.

> For purposes of the EAVS, a drop box is a locked container (located either indoors or outdoors) where voters (or voters' authorized representatives, if allowed by your state's law) may deliver their voted mail ballots for collection. Drop boxes are operated or controlled by election officials. Drop boxes are separate from ballot boxes that are located at in-person polling places for voters to place their ballots immediately after voting in person.

In questions C4 and C5, report the number of drop boxes used during Election Day (C4) and during early voting (C5). If a drop box was used for both early voting and Election Day, it should be reported in both C4 and C5. Because of this, the sum of C4a and C5a may not equal what you reported in C3a.

The total number of drop boxes used for each voting period should be reported in C4a and C5a, and in questions C4b–C4c and C5b–C5c, separate the totals reported in C4a and C5a into two categories:

- Drop boxes located at election offices
- Drop boxes located at non-election office sites

The total of C4b and C4c should sum to the number reported in C4a, and the total of C5b and C5c should sum to the number reported in C5a.

| Mail Ballot Drop Boxes | Total |
|---|---|
| C3a. TOTAL number of drop boxes used for the 2022 general election:<br><br>Each drop box should be counted only once in this question, regardless of the number of voting days it was used for. | |
| C3 Comments: | |

| Category of Drop Box | C4. Election Day | C5. Early voting |
|---|---|---|
| a. TOTAL drop boxes used during the specified voting period | | |
| b. Drop boxes located at election offices | | |
| c. Drop boxes located at non-election office sites | | |
| C4–C5 Comments: | | |

### C6. Total Number of Mail Ballots Returned via Drop Boxes

For question C6a, report the total number of mail ballots that voters returned via drop boxes. Include mail ballots both counted and rejected.

| Mail Ballots Returned via Drop Boxes | Total |
|---|---|
| C6a. TOTAL number of mail ballots returned via drop boxes | |
| C6 Comments: | |

### C7. Mail Ballot Curing

For question C7a, report the total number of successfully cured mail ballots in your jurisdiction for the 2022 general election. A cured ballot is defined as a returned mail ballot that was originally rejected for an error or because it was missing required information but was ultimately counted because the voter corrected the error or supplied the required information.

If your state does not allow voters to cure errors or missing information on their mail ballots, report -88 ("Does not apply") in C7a. If your state allows for mail ballot curing but does not track data on the number of mail ballots that were successfully cured, report -99 ("Data not available") in C7a.

| Mail Ballot Curing | Total |
|---|---|
| C7a. TOTAL number of mail ballots that were successfully cured:<br><br>Total number of ballots that were originally rejected for errors or missing information but were ultimately counted because the voters corrected the error or supplied the required information. | |
| C7 Comments: | |

### C8. Total Number of Mail Ballots Returned and Counted

For question C8a, report the total number of mail ballots returned by voters and counted.

| | Total |
|---|---|
| C8a. TOTAL returned and counted:<br><br>Mail ballots that were returned by voters, processed, counted, and included in the canvas of election results. | |
| C8 Comments: | |

[Survey continues on next page]

## C9. Number of Mail Ballots Rejected by Reason They Were Rejected

For question C9a, provide the total number of mail ballots that were returned by voters and were rejected. Then, in questions C9b–C9q, divide the total as reported in C9a into the categories indicating the reason the mail ballots were rejected. Use options C9r–C9t for any ballots that cannot be placed in the categories given in C9b through C9q. The numbers reported in C9b through C9t should sum to the total number of ballots rejected in C9a.

| Category of Mail Ballots | Total |
|---|---|
| C9a. TOTAL number of mail ballots rejected | |
| C9b. Ballot was not received on time/missed the deadline | |
| C9c. Ballot did not have a voter signature | |
| C9d. Ballot did not have a witness signature | |
| C9e. Ballot had a non-matching or incomplete signature | |
| C9f. Ballot was returned in an unofficial envelope | |
| C9g. Ballot was missing from the envelope | |
| C9h. Ballot was not placed in a required secrecy envelope | |
| C9i. Multiple ballots were returned in one envelope | |
| C9j. Envelope was not sealed | |
| C9k. Returned ballot did not have required postmark | |
| C9l. No resident address was on the envelope | |
| C9m. Voter was deceased | |
| C9n. Voter already cast another ballot that was accepted (by mail or in person) | |
| C9o. Voter did not provide the required documentation (such as identification, affidavit, or statement) or documentation was incomplete | |
| C9p. Voter was not eligible to cast a ballot in the jurisdiction | |
| C9q. No ballot application on record | |
| C9r. Other: _____ | |
| C9s. Other: _____ | |
| C9t. Other: _____ | |
| C9 Comments: | |

## Section D: In-Person Polling Operations

The goal of Section D is to understand in-person polling operations in your jurisdiction.

This section of the EAVS asks for three types of data:

1. How many precincts did you have in your jurisdiction for the 2022 general election?
2. How many polling places—in total and for Election Day voting and in-person early voting—did your jurisdiction have for the 2022 general election?
3. How many poll workers—for Election Day voting and in-person early voting—did your jurisdiction have for the 2022 general election? What were the ages of those poll workers and how easy or difficult was it to recruit poll workers?

---

**Answer All Questions**

**Please provide an answer to all of the items in Section D**.

- If the question is not applicable to your state or jurisdiction, use the code -88 (negative 88, or "Does not apply") as your response.

  o _Example_: If all early voting sites in your state must be located at an election office, then enter -88 as the response to D4b.

- If the question is applicable to your state but your jurisdiction does not have the data necessary to answer the question, use the code -99 (negative 99, or "Data not available") as your response.

  o _Example_: If your state or jurisdiction does not track data on the ages of poll workers, then enter -99 as the response to D7b–D7g.

---

## Precincts and Polling Places: Questions D1–D4

This section asks about polling places and precincts. First, report the number of precincts, and second, report the number of physical polling places.

### D1. Total Number of Precincts

For question D1a, report the total number of precincts in your jurisdiction for the November 2022 general election. For this question, a precinct is defined as the geographic area to which voters are assigned. It is an administrative division of a county or municipality to which voters have been assigned according to their residence address for voting in an election. Your jurisdiction might use the terms "ward" or "voting district" to describe a voting precinct.

| Type of Registration | Total |
|---|---|
| D1a. TOTAL number of precincts in your jurisdiction for the November 2022 general election | |
| D1 Comments: | |

## D2–D4. Number of Physical Polling Places (Election Day and Early Voting)

For question D2a, report the total number of physical polling places your jurisdiction used for the 2022 general election. In this question, each polling place should only be counted once.

> Remember that in-person absentee voting is considered early voting for the purposes of the EAVS.

Next, in questions D3 and D4, report the total number of physical polling places in your jurisdiction for Election Day voting (D3) and for early voting (D4) for the November 2022 general election. If a polling place was used during both early voting and Election Day voting, it should be reported in both D3 and D4. Because of this, the sum of D3a and D4a may not equal what you reported in D2a.

For questions D3b–D3c and D4b–D4c, separate the number of Election Day polling locations and early voting polling places, respectively, into two categories:

- Physical polling places that are not a part of the election office (D3b and D4b); and
- Polling places that are a part of the election office (D3c and D4c).

If your jurisdiction has two precincts in one location, such as a school gym, this is only one polling place (even if they are far apart in the gym). However, if your jurisdiction has a polling place at a school in the library and then has another polling place at the same school but in the gym, they should be considered two polling places. If your jurisdiction allows any individuals to cast a ballot in person at the local election office (such as through in-person absentee voting), please include these election offices in D3c and D4c.

| Total Polling Places | Total |
|---|---|
| D2a. TOTAL number of physical polling places used for the 2022 general election:<br><br>Each polling place should be counted only once in this question, regardless of the number of voting days it was used for. | |
| D2 Comments: | |

| Category of Polling Place | D3. Election Day voting | D4. Early voting |
|---|---|---|
| a. TOTAL | | |
| b. Physical polling places other than election offices (e.g., libraries, schools, mobile voting location) | | |
| c. Election offices | | |
| D3–D4 Comments: | | |

## Poll Workers: Questions D5–D9

The EAVS asks about the poll workers who served in the 2022 general election. Your jurisdiction may use a different term for poll workers, such as election judges, booth workers, wardens, commissioners, or other similar terms.

> For the EAVS, "poll worker" refers to a person who verifies the identity of voters; assists voters with signing the register, affidavits, or other documents required to cast a ballot; assists voters by providing them with a ballot or setting up the voting machine for the voters; and serves other functions as dictated by state law.
>
> The count of poll workers should not include observers stationed at the polling places, regular office staff who did not serve poll worker functions during the election, or temporary election staff not hired specifically to serve voters in either early or Election Day voting. If regular election office staff served as poll workers, they should be counted in these questions.

### D5–D6. Election Day and Early Voting Poll Workers

For questions D5 and D6, report the total number of poll workers who served in your jurisdiction for Election Day voting and early voting for the November 2022 general election. For question D5, report the total number of poll workers who worked Election Day voting. For question D6, report the total number of poll workers who worked in-person early voting (counting each poll worker only once, regardless of the number of shifts they worked). If a poll worker worked as a poll worker for Election Day voting and as a poll worker during early voting, the poll worker should be counted both under the category of Election Day poll worker and the category of early voting poll worker.

| | D5. Election Day voting | D6. Early voting |
|---|---|---|
| a. TOTAL number of poll workers | | |
| D5–D6 Comments: | | |

[Survey continues on next page]

### D7. Total Number of Poll Workers and Ages of the Poll Workers

In question D7a, report the total number of poll workers who assisted your jurisdiction with voting for the November 2022 general election. Each poll worker should be counted only once, regardless of the number of shifts they worked. If a poll worker assisted with both early voting and Election Day voting, they should be counted only once. Because of this, the sum of D5a and D6a may not equal what you report in D7a

If your jurisdiction has data on the ages of its poll workers (for example, from voter registration records, payroll records, or poll worker applications), report the total number of poll workers in each age category in questions D7b–D7g. If your jurisdiction does not track data on any or all age categories, enter -99 (negative 99, or "Data not available") as your response to those questions. However, please still provide a response in D7a for the total number of poll workers.

| Age of Poll Workers | Total |
|---|---|
| D7a. TOTAL number of poll workers: <br><br> Each poll worker should be counted only once in this question, regardless of the number of shifts they worked. | |
| D7b. Under 18 years old | |
| D7c. 18 to 25 | |
| D7d. 26 to 40 | |
| D7e. 41 to 60 | |
| D7f. 61 to 70 | |
| D7g. 71 years old and over | |
| D7 Comments: | |

### D8. Ease of Recruiting Poll Workers

How difficult or easy was it for your jurisdiction to obtain a sufficient number of poll workers for the November 2022 general election? Please select one option. In addition, use the D8 Comments box to provide further information about your experience recruiting poll workers for this election.

- o   Very difficult
- o   Somewhat difficult
- o   Neither difficult nor easy
- o   Somewhat easy
- o   Very easy
- o   Not enough information to answer

D8 Comments:

## D9. Number of New Poll Workers

How many poll workers in your jurisdiction served for the first time in the November 2022 general election?

| New Poll Workers | Total |
|---|---|
| D9a. <u>TOTAL number of poll workers who served for the first time in the 2022 general election:</u><br><br>Each poll worker should be counted only once in this question, regardless of the number of shifts they worked. | |
| **D9 Comments:** | |

## Section E: Provisional Voting

The goal of Section E is to understand provisional voting in your jurisdiction. This section of the EAVS asks for three types of data:

1. How many individuals cast a provisional ballot in the 2022 general election, and how many of those ballots were counted and rejected?
2. What were the reasons the provisional ballots were cast?
3. What were the reasons the provisional ballots were rejected?

Two definitions will be helpful as you answer the questions in Section E:

<u>Provisional voter</u>: An individual who declares they are a registered voter in the jurisdiction where they desire to vote and is eligible to vote in an election for federal office, but (1) the voter's name does not appear on the official list of eligible voters for the polling place, or (2) an election official asserts that the individual is not eligible to vote.

<u>Provisional ballot</u>: A ballot used to record a vote when there is some question regarding the eligibility of the voter. Once voted, provisional ballots are kept separate from other ballots and are not tabulated until the eligibility of the voter is confirmed.

---

**Answer All Questions**

**<u>Please provide an answer to all of the items in Section E</u>.**

- <u>If the question is not applicable to your state or jurisdiction</u>, use the code -88 (negative 88, or "Does not apply") as your response.
  - <u>Example</u>: If your state is NVRA-exempt and does not offer provisional ballots, then enter -88 as the response to all questions in Section E.

- <u>If the question is applicable to your state but your jurisdiction does not have the data necessary to answer the question</u>, use the code -99 (negative 99, or "Data not available") as your response.
  - <u>Example</u>: If your state or jurisdiction does not track data on the reasons why provisional ballots were rejected, then enter -99 as the response to E3b–E3m.

---

[Survey continues on next page]

## Provisional Ballots Cast: Questions E1–E2

### E1. Total Provisional Ballots Submitted and Their Adjudication

For question E1a, report the total number of voters who submitted provisional ballots in the November 2022 general election. Next, for questions E1b–E1e, divide the total number of voters who submitted provisional ballots (as reported in E1a) into the listed categories.

| Provisional Ballot Outcomes | Total |
|---|---|
| E1a. <u>TOTAL number of voters who submitted provisional ballots</u>: The number of voters who submitted provisional ballots, regardless of whether or not the provisional ballot was ultimately counted in part or full. | |
| E1b. Provisional ballots that were counted in full | |
| E1c. Provisional ballots that were counted in part (e.g., only the items on the ballot for which the voter would have been eligible had they voted in the correct precinct) | |
| E1d. Provisional ballots that were rejected | |
| E1e. <u>Other</u>: _____ | |
| E1 Comments: | |

[Survey continues on next page]

## E2. Reasons for Casting Provisional Ballots

For question E2, report the total number of provisional ballots cast (as reported in E1a) according to the reason they were cast. The total of E2a through E2k should sum to the number you reported in E1a. Use items E2i through E2k to report provisional ballots that cannot be placed in any of the categories given in E2a through E2h.

| Reason Provisional Ballot Was Cast | Total |
|---|---|
| E2a. Voter did not appear on the list of eligible voters | |
| E2b. Voter did not have proper identification (as defined by state law) | |
| E2c. Election official asserted that the voter was not eligible to vote | |
| E2d. Another person (not an election official) challenged the voter's qualifications and poll workers were not able to resolve the challenge | |
| E2e. Voter was not a resident of the precinct in which they were attempting to vote | |
| E2f. Voter's registration was not updated with their current name or address | |
| E2g. Voter was issued a mail ballot but did not surrender the ballot to poll workers when they came to vote in person | |
| E2h. A federal or state judge extended the polling place hours for the election | |
| E2i. Other: _____ | |
| E2j. Other: _____ | |
| E2k. Other: _____ | |
| E2 Comments: | |

[Survey continues on next page]

## Provisional Ballots Rejected: Question E3

### E3. Reasons for Provisional Ballots Rejection

<u>For question E3a, report the total number of provisional ballots that were rejected (as reported in E1d). For questions E3b–E3m, divide the total number of provisional ballots that were rejected into the categories according to the reason the provisional ballots were rejected.</u> The amounts should sum to the total provided in E3a.

If a provisional ballot was rejected for multiple reasons, please use the <u>primary</u> reason the provisional ballot was rejected, if possible, so that reasons for rejection (E3b through E3m) equal E2a. If provisional ballots were classified into more than one reason for rejection, please indicate the number of ballots that were classified into multiple categories in E3 Comments. Use items E3k through E3m for rejected provisional ballots that cannot be placed in any of the categories provided in E3b through E3j.

| Reason for Provisional Ballot Rejection | Total |
|---|---|
| E3a. TOTAL number of provisional ballots that were rejected | |
| E3b. Voter was not registered in the state | |
| E3c. Voter was registered in the state but attempted to vote in the wrong jurisdiction | |
| E3d. Voter was registered in the state but attempted to vote in the wrong precinct | |
| E3e. Voter failed to provide sufficient identification | |
| E3f. Envelope and/or ballot was incomplete and/or illegible | |
| E3g. Ballot was missing from the envelope | |
| E3h. Ballot did not have a signature | |
| E3i. Ballot had a non-matching signature | |
| E3j. Voter already voted | |
| E3k. Other: _____ | |
| E3l. Other: _____ | |
| E3m. Other: _____ | |
| E3 Comments: | |

[Survey continues on next page]

## Section F: Voter Participation and Election Technologies

The goal of Section F is to understand how the voters in your jurisdiction participated in the 2022 general election and what election technologies were used to mark and tabulate ballots.

---

**Answer All Questions**

**Please provide an answer to all of the items in Section F.**

- Underline If the question is not applicable to your state or jurisdiction, use the code -88 (negative 88, or "Does not apply") as your response.

    - o  Example: If your state is NVRA-exempt and does not offer provisional ballots, enter -88 as the response to question F1e.

- If the question is applicable to your state but your jurisdiction does not have the data necessary to answer the question, use the code -99 (negative 99, or "Data not available") as your response.

    - o  Example: If your state uses ballot marking devices but does not track data on the number of these machines that were deployed, enter -99 as the response to F7c.

---

### Participation in the 2022 General Election: Questions F1–F2

Questions F1 and F2 ask about the total number of voters who cast a ballot that was counted in the 2022 general election and the source of the reported participation data. Your responses to these questions should include all voters whose ballots were counted, regardless of vote mode, in the election. Include all voters (for example, both civilian and military voters) and all types of ballots (for example, in person, mail, provisional).

---

Remember that in-person absentee voting is considered early voting for the purposes of the EAVS. All individuals who cast their ballots through early voting (as defined by your state in Q25 of the 2022 Policy Survey) should be reported in F1f.

---

[Survey continues on next page]

## F1. Total Participation in the 2022 General Election

For question F1, please provide the total number of voters who cast a ballot that was counted in the 2022 general election by mode of voting. Although other items in the survey have reported some of this data, <u>only voters whose ballots were counted should be reported in this set of questions</u>.

| Type of Participants | Total |
|---|---|
| F1a. <u>TOTAL number of voters who cast a ballot that was counted</u>:<br><br>All voters who voted in the 2022 general election, including all categories of voters listed below. | |
| F1b. <u>Voters who cast a ballot at a physical polling place on Election Day and whose ballot was counted</u>:<br><br>All voters who cast a ballot in person on Election Day, not including provisional ballots or mail ballots dropped off at the polls. | |
| F1c. <u>UOCAVA voters who cast a ballot via absentee ballot or FWAB and whose ballot was counted</u>:<br><br>All voters who are covered by the Uniformed and Overseas Citizens Absentee Voting Act (UOCAVA) and who used either a transmitted absentee ballot or a Federal Write-In Absentee Ballot (FWAB). | |
| F1d. <u>Voters who cast a mail ballot and whose ballot was counted</u>:<br><br>All voters who voted using a mail ballot. This should <u>not</u> include voters whose jurisdictions conduct elections by mail (i.e., automatically sends mail ballots to every registered voter or every active registered voter); *those voters are reported in F1g.* | |
| F1e. <u>Voters who cast a provisional ballot and whose ballot was counted</u>:<br><br>All voters who cast a provisional ballot that was counted, either partially or in full. | |
| F1f. <u>Voters who cast a ballot at an in-person early voting location and whose ballot was counted</u>:<br><br>All voters who participated in the 2022 general election in person before Election Day. This includes in-person early voting or in-person absentee voting. | |
| F1g. <u>Voters who cast a mail ballot in a jurisdiction that conducts elections by mail and whose ballot was counted</u>:<br><br>All voters who cast ballots in a jurisdiction that automatically sends mail ballots to every registered voter or every active registered voter. This should <u>not</u> include voters who used a mail ballot in jurisdictions that do not conduct elections by mail; *those voters are reported in F1d*. | |
| F1h. <u>Other</u>: _____ | |
| F1 Comments: | |

## F2. Source of Data for Total Participation in the 2022 General Election

For question F2, indicate the source(s) used to compile the data for the total number of participants in the 2022 general election in question F1. (Select all that apply.)

☐ <u>Poll books and number of mail and/or provisional participants</u>: Number of voters checked off by poll workers or who signed poll books at physical polling places plus the number of UOCAVA and other mail or early voters.

☐ <u>Number of ballots counted</u>: Participation is based on the number of ballots counted at precincts and/or at a central location (including UOCAVA and other mail or early voting ballots).

☐ <u>Vote history</u>: Participation is based on the number of voters generated after the "vote history" has been added.

☐ <u>Votes cast</u>: Participation is based on the number of votes cast for the highest office on the ballot.

☐ Other (please specify): _____

> **F2 Comments:**

[Survey continues on next page]

## Poll Books: Questions F3–F4

The EAVS asks about two key election technologies. The first set of questions collects data on the type of poll books used in your jurisdiction's polling places and how those poll books were used.

### F3–F4. Use of Electronic and Paper Poll Books

For questions F3 and F4, indicate whether your jurisdiction used electronic poll books or printed, paper poll books in polling places in the November 2022 general election for the listed activities. Completely vote-by-mail jurisdictions that have no in-person voting options should answer "No" to all items.

For the purposes of these questions, an electronic poll book (e-poll book) is as a type of hardware, software, or a combination of both that is used in the place of a traditional paper poll book that lists all registered voters. These are not voting machines and are not used in the process of voting.

For each item below (a, b, c, d, and e), indicate whether your jurisdiction used electronic poll books/electronic lists of voters or traditional paper poll books at polling places for the following functions in the November 2022 general election.

| Use of Poll Books | F3. Electronic poll books | F4. Paper poll books |
|---|---|---|
| a. Sign voters in | o Yes<br>o No | o Yes<br>o No |
| b. Update voter history | o Yes<br>o No | o Yes<br>o No |
| c. Look up polling places | o Yes<br>o No | o Yes<br>o No |
| d. Assist with same-day registration | o Yes<br>o No | o Yes<br>o No |
| e. Check voter's mail ballot status | o Yes<br>o No | o Yes<br>o No |
| f. Other: _____ | o Yes<br>o No | o Yes<br>o No |
| **F3–F4 Comments:** | | |

## Voting Technologies: Questions F5–F9

The second set of election technologies that the EAVS collects data on is the voting technology used to mark and tabulate ballots. Providing the best data will give the EAC the most complete picture possible of the voting technology your voters used to cast their ballots in the 2022 general election.

### F5–F9. Voting Equipment Used

For questions F5–F9, report the number and type of voting equipment used for each aspect of the election process in the November 2022 general election. Report the following information:

- Equipment type—please note whether your jurisdiction uses:
  - Direct-recording electronic (DRE) equipment, not equipped with a voter-verified paper audit trail (VVPAT)
  - Direct-recording electronic (DRE) equipment, equipped with a voter-verified paper audit trail (VVPAT)
  - Electronic system that produces a paper record but does not tabulate votes (often referred to as a "ballot marking device")
  - Scanner (optical or digital) that tabulates paper records that voters mark by hand or via a ballot marking device
  - Hand-counted paper ballots (not an optical or digital scan system)
- Make and model of the voting equipment used (for example, the ES&S ExpressVote® or the Dominion ImageCast® Evolution/ICE). There is space provided to list up to three makes and models for each equipment type.
- The number of these machines that were deployed to assist with voting during the November 2022 general election. Machines that were not deployed in a polling location or used to tabulate ballots should not be included in these questions.
- Equipment uses—indicate whether each type of equipment was used for:
  - In-precinct Election Day regular balloting
  - Voting for voters with a disability
  - Provisional ballot voting
  - In-person early voting
  - Mail ballot counting

In the F5–F9 Comments box, provide any comments about the nuances of your jurisdiction's use of voting equipment, or record information about additional voting equipment that was used.

[Survey continues on next page]

| | a. In use in your jurisdiction | b. Make/Model | c. Number deployed | d. Equipment use (Select all that apply.) |
|---|---|---|---|---|
| F5. DRE machines without VVPAT | ○ Yes<br>○ No | | | ☐ In-precinct Election Day regular balloting<br>☐ Voting for voters with a disability<br>☐ Provisional ballot voting<br>☐ In-person early voting |
| F6. DRE machines with VVPAT | ○ Yes<br>○ No | | | ☐ In-precinct Election Day regular balloting<br>☐ Voting for voters with a disability<br>☐ Provisional ballot voting<br>☐ In-person early voting |
| F7. Ballot marking device | ○ Yes<br>○ No | | | ☐ In-precinct Election Day regular balloting<br>☐ Voting for voters with a disability<br>☐ Provisional ballot voting<br>☐ In-person early voting<br>☐ Mail ballot counting |
| F8. Scanner | ○ Yes<br>○ No | | | ☐ In-precinct Election Day regular balloting<br>☐ Voting for voters with a disability<br>☐ Provisional ballot voting<br>☐ In-person early voting<br>☐ Mail ballot counting |

| | a. In use in your jurisdiction | b. Make/Model | c. Number deployed | d. Equipment use (Select all that apply.) |
|---|---|---|---|---|
| F9. No equipment (hand count) | ○ Yes<br>○ No | ███████████████ | | ☐ In-precinct Election Day regular balloting<br>☐ Voting for voters with a disability<br>☐ Provisional ballot voting<br>☐ In-person early voting<br>☐ Mail ballot counting |
| **F5–F9 Comments:** | | | | |

[Survey continues on next page]

## Location of Vote Tally: Question F10

### F10. Location Where Votes Were Tallied

For each of the following uses of your jurisdiction's voting equipment, report where the votes were tallied for the November 2022 general election.

| Location of Vote Tally for: | Please Select One |
|---|---|
| F10a. <u>In-precinct Election Day regular ballot voting</u> | ☐ Central location<br>☐ Precinct or polling location<br>☐ Both central and precinct location<br>☐ Does not apply<br>☐ Data not available |
| F10b. <u>Voting for voters with a disability</u> | ☐ Central location<br>☐ Precinct or polling location<br>☐ Both central and precinct location<br>☐ Does not apply<br>☐ Data not available |
| F10c. <u>Provisional ballot voting</u> | ☐ Central location<br>☐ Precinct or polling location<br>☐ Both central and precinct location<br>☐ Does not apply<br>☐ Data not available |
| F10d. <u>In-person early voting</u> | ☐ Central location<br>☐ Precinct or polling location<br>☐ Both central and precinct location<br>☐ Does not apply<br>☐ Data not available |
| F10e. <u>Mail balloting</u> | ☐ Central location<br>☐ Precinct or polling location<br>☐ Both central and precinct location<br>☐ Does not apply<br>☐ Data not available |
| F10 Comments: | |

[Survey continues on next page]

## F11. General Comments

The EAC welcomes any general comments that the representatives of your jurisdiction may wish to share regarding the experiences in administering the November 2022 general election, such as problems with voting system anomalies*, recounts, staffing, challenges to eligibility, long lines, or noteworthy successes or challenges overcome. Use as much space as you need. Please feel free to attach additional pages as necessary.

*An anomaly is as an irregular or inconsistent action or response from the voting system or system component, resulting in some disruption to the election process. Incidents resulting from administrator error or procedural deficiencies are not considered anomalies for purposes of this survey question (see the EAC Voting Systems Testing and Certification Program Manual).

F11 Comments:

 

END OF SURVEY

THANK YOU FOR RESPONDING TO THIS SURVEY

This information collection is required for the U.S. Election Assistance Commission (EAC) to meet its statutory requirements under the Help America Vote Act (HAVA) of 2002 (52 U.S.C. 20901), the National Voter Registration Act (NVRA; 52 U.S.C. 20502 et seq.), and the Uniformed and Overseas Citizens Absentee Voters Act (UOCAVA; 52 U.S.C. 20302). Respondent's obligation to reply to this information collection is mandatory as required under NVRA (52 U.S.C. 20502 et seq.) and UOCAVA (52 U.S.C. 20302); respondents include the 50 states, the District of Columbia, and the U.S. territories. This information will be made publicly available on the EAC website (https://www.eac.gov). According to the Paperwork Reduction Act of 1994, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid Office of Management and Budget (OMB) control number. The valid OMB control number for this information collection is OMB Control No. 3265-0006 (expires 04/30/2025). The annualized time required to complete this information collection is estimated to average 101 hours per state response. This estimate includes the time for reviewing the instructions, gathering information, and completing the form. Comments regarding this burden estimate should be sent to the U.S. Election Assistance Commission: 2022 Election Administration and Voting Survey, 633 3rd Street NW, Suite 200, Washington, DC 20001.