# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 20-cv-02992-PAB-KMT**

JUDICIAL WATCH, INC.,
ELIZABETH MILLER,
LORRI HOVEY,
MARK SUTFIN,
AMERICAN CONSTITUTION PARTY OF COLORADO,
LIBERTARIAN PARTY OF COLORADO,

  Plaintiffs,

v.

JENA GRISWOLD, Colorado Secretary of State, in her official capacities,

  Defendant.

---

## ORDER

  THE COURT having been advised by the counsel for the parties that the above-entitled action has been settled;

  IT IS THEREFORE ORDERED that this action is dismissed, without prejudice, and with each party bearing its own costs and attorneys' fees; and

  IT IS FURTHER ORDERED that the Court retains its jurisdiction to enforce the terms of the settlement agreement if necessary.


Dated: _____, 2023

                         _____
                              U.S.D.J.